ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
GERALYN GULSETH, CSBN 160872
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8923
    Facsimile:  (415) 977-8809
    Email:  Geralyn.Gulseth@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOE ALIKHAN O/B/O V.A., | ) No. CV 12-00354 AJW |
| | ) |
| Plaintiff, | ) **JUDGMENT OF REMAND** |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

    The Court having approved the parties' Stipulation to Voluntary Remand and to Entry of Judgment ("Stipulation to Remand") lodged concurrently herewith, **IT IS HEREBY ADJUDGED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

September 28, 2012

                                    HON. ANDREW J. WISTRICH
                                    UNITED STATES MAGISTRATE JUDGE